## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08v1931     Assigned/Issued By: j. n.

Judge Name: DER=YEGHIAYAN     Designated Magistrate Judge: ASHMAN

---

### FEE INFORMATION

Amount Due:   [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other ____
              [ ] $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350     Receipt #: 2660383

Date Payment Rec'd: 4-1-08     Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   _____
[ ] Citation to Discover Assets          *(Victim, Against and $ Amount)*
[ ] Writ _____               [ ] Other _____
    *(Type of Writ)*                     *(Type of issuance)*

2  Original and  0  copies on  4-4-08  as to  ALL DEFENDANTS
                              *(Date)*