# United States District Court
## Northern District of Illinois

In the Matter of

### WALID ELKHATIB

v.                                               Case No. 08 C 1931

### DUNKIN DONUTS, INC., et al.                  Designated Magistrate Judge
Martin C. Ashman

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Samuel Der-Yeghiayan** to be related to **02 C 8131** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

Judge Charles R. Norgle

Dated: May 19, 2008

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Charles R. Norgle**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

Chief Judge James F. Holderman

Dated: **MAY 2 1 2008**